# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cr-00113-CDS-NJK |
| Plaintiff | **Order Granting Motion to Withdraw as Counsel of Record** |
| v. | |
| Ahmaad Jordan Sims, | [ECF No. 270] |
| Defendant | |

Counsel for defendant Ahmaad Jordan Sims moves to withdraw as attorney of record. ECF No. 270. Sentence was imposed on June 9, 2025, ECF No. 268, and judgment of conviction entered on June 12, 2025, ECF No. 269. Because the time for appeal has passed, counsel's motion to withdraw **[ECF No. 270] is GRANTED**. Thomas A. Ericsson is withdrawn and removed from the CM/ECF service list in this case.

Dated: July 7, 2025

_____
Cristina D. Silva
United States District Judge